UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAISY BUNDRAGE

    Plaintiff,

v.                                  CASE NO. 8:17-cv-01488-EAK-JSS

CREDIT ONE BANK N.A.,

    **Defendant.**
_____/

## AGREED ORDER STAYING CASE

Pursuant to agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This case shall proceed to arbitration provided for in the governing Arbitration Agreement.

2. Plaintiff shall submit this claim to JAMS for arbitration within 30 days of the date of this Order.

3. This case is stayed with each party to bear its own fees and costs.

DONE and ORDERED this 7th day of SEPT, 2017

UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE